**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jonathan Dale DETRICK, Defendant—
Appellant.**

No. 03–30191.

D.C. No. CR–02–00516–AJB.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 22, 2003.

Stephen F. Peifer, USPO–Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Laura Graser, Portland, OR, for Defendant–Appellant.

Before GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

## MEMORANDUM**

Jonathan Detrick appeals the district court's order revoking his supervised release. He contends that the district court lacked authority to revoke his supervised release because more than seven days earlier it had issued an order continuing supervised release, and Fed.R.Crim.P. 35(a) permits correction of a sentence only within seven days of its imposition. This contention lacks merit because the district

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

court had authority to revoke supervised release under 18 U.S.C. § 3583(e). *See United States v. Navarro–Espinosa*, 30 F.3d 1169, 1171 (9th Cir.1994).

**AFFIRMED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

